NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MIA C. ALFORD,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2014-3067

---

Petition for review of the Merit Systems Protection Board in No. DC-0752-13-0287-I-1.

---

## ON MOTION

---

## O R D E R

Mia C. Alford moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                                    ALFORD v. MSPB

                                        FOR THE COURT

                                        /s/ Daniel E. O'Toole
                                        Daniel E. O'Toole
                                        Clerk of Court

s24